United States District Court
Southern District of Texas
**ENTERED**
March 14, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| LUIS GARZA, TDCJ #2121650, | § § § | |
| Plaintiff, | § § | |
| vs. | § § | CIVIL ACTION NO. H-23-0679 |
| GABI CANALES, et al., | § § | |
| Defendants. | § | |

## FINAL JUDGMENT

For the reasons set forth in the court's Memorandum Opinion and Order entered on this date, this action is **DISMISSED with prejudice**.

This is a **FINAL JUDGMENT**.

**SIGNED** at Houston, Texas, on this 14th day of March, 2023.

_____
SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE